**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **HUBERT PAUL ELMORE,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) **Case No. CIV-26-232-G** |
| | ) |
| **CHRIS RANKINS, Warden,** | ) |
| | ) |
| **Respondent.** | ) |

## ORDER

This matter is before the Court for review of the Report and Recommendation issued on March 3, 2026, by Magistrate Judge Amanda L. Maxfield (Doc. No. 8). Judge Maxfield recommended that Petitioner Hubert Paul Elmore's request for leave to proceed *in forma pauperis* be denied based upon Petitioner's ability to pay the required filing fee.

Within the time allowed for objection, Petitioner submitted the requisite $5.00 filing fee to the Court Clerk. *See* Doc. No. 9.

In light of Petitioner's submission of the required fee, the Court DENIES Petitioner's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 6). The Court ADOPTS the reasoning of the Report and Recommendation (Doc. No. 8).

This matter is re-referred to Judge Maxfield in accordance with the initial order of referral.

IT IS SO ORDERED this 23rd day of April, 2026.

_____
CHARLES B. GOODWIN
United States District Judge